# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130119(23)(24)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                   SC: 130119
                                   COA: 264027
                                   Newaygo CC: 04-008223-FH

EUGENE JEROME CRISMAN,
     Defendant-Appellant.

_____/

     On order of the Court, the motion for reconsideration of this Court's order of March 27, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for judicial notice is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

Clerk

d0522